# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA ANDERSON, an individual, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>OFFICE DEPOT, INC., a Delaware Corporation; and DOES 1 through 50 inclusive,<br><br>　　　　　　　　　　Defendant. | CASE NO. 11-CV-2212-MMA-RBB<br><br>**ORDER GRANTING JOINT MOTION TO CONSOLIDATE CASES**<br><br>[Doc. No. 40]<br><br>[Consolidated Case No. 11-CV-0647-MMA(RBB)] |

　　　Plaintiff Sylvia Anderson and Defendant Office Depot, Inc. submitted a joint motion pursuant to Fed. R. Civ. P. 42(a) to consolidate this action with *Eyad O. Akel, an individual, on behalf of himself and all others similarly situated v. Office Depot, Inc., a Delaware corporation and Does 1 through 50, inclusive*, Case No. 11-cv-0647-MMA (RBB) ("the Akel action").

　　　A review of the complaints in the above-mentioned cases suggest consolidation is appropriate under Federal Rule of Civil Procedure 42(a)(2). "[T]he threshold requirement for consolidation is whether the actions involve common facts or legal issues." *United States v. County of Sacramento*, 2005 U.S. Dist. LEXIS 34111 *2 (E.D. Cal. Dec. 20, 2005) (citing *Yousefi v. Lockheed Martin Corp.*, 70 F. Supp. 2d 1061, 1064-65 (C.D. Cal. 1999)).

In the present case, the parties aver that the Anderson action is related to the Akel action, as the actions allege substantially the same facts, purport to represent virtually the same putative class, and assert the same legal claims against the same defendants. Therefore, consolidation would preserve judicial and party resources and would prevent potential conflicting results and adjudications.

Accordingly, for the reasons stated above, the Court **GRANTS** the parties' Joint Motion to consolidate and **ORDERS** as follows:

1. This action is consolidated with the Akel action, Case No. 11-cv-0647-MMA (RRB), for all purposes.

2. The Clerk of the Court promptly shall take all reasonable and necessary action to consolidate the cases. This Order and all further proceedings in the consolidated action shall be docketed under Case No. 11-cv-0647-MMA (RBB).

3. Plaintiffs shall file an amended consolidated complaint on or before ***October 11, 2011***.

4. Defendant shall file an amended motion to dismiss on or before ***November 1, 2011***.

5. Plaintiffs shall file their opposition to the motion to dismiss, on or before ***November 21, 2011***.

6. Defendant shall file its reply, if any, on or before ***November 28, 2011***.

7. The hearing on Defendant's motion to dismiss is hereby set for ***December 5, 2011*** at 2:30 p.m. in Courtroom 5.

**IT IS SO ORDERED.**

DATED: October 4, 2011

*[signature]*

Hon. Michael M. Anello
United States District Judge