James R. Patterson (Bar No. 211102)
Allison H. Goddard
PATTERSON LAW GROUP
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone: (610) 756-6993
Facsimile: (619) 756-6991
jim@pattersonlawgroup.com
ali@pattersonlawgroup.com

*Attorneys for Plaintiff Eyad O. Akel*

Gene J. Stonebarger (Bar No. 209461)
Richard D. Lambert (Bar No. 251148)
Elaine W. Yan (Bar No. 277961)
STONEBARGER LAW, A Professional Corporation
75 Iron Point Circle, Suite 145
Folsom, CA 95630
Telephone: (916) 235-7140
Facsimile: (916) 235-7141
gstonebarger@stonebargerlaw.com
rlambert@stonebargerlaw.com
eyan@stonebargerlaw.com

*Attorneys for Plaintiff Sylvia Anderson*

Daniel F. Katz (pro hac vice)
Luba Shur (pro hac vice)
Julianne C. Johnston (pro hac vice)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
dkatz@wc.com
lshur@wc.com
jjohnston@wc.com

Catherine M. Valerio Barrad (Bar No. 168897)
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone:  (213) 896-6688
Facsimile:  (213) 896-6600
cbarrad@sidley.com

*Attorneys for Defendant Office Depot, Inc.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**SAN DIEGO DIVISION**

| | |
|---|---|
| EYAD O. AKEL, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICE DEPOT, INC., a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 11-CV-0647-MMA-RBB<br><br>**STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |
| SYLVIA ANDERSON, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICE DEPOT, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 11-CV-2212-MMA-RBB |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Eyad O. Akel and Sylvia Anderson hereby dismiss all claims in this consolidated action with prejudice. Each party shall bear its own costs. All rights of appeal are hereby waived.

///

///

///

///

///

///

///

///

///

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for Defendant and that I have obtained authorization from Luba Shur to affix her electronic signature to this document.

Dated: September 4, 2012

James R. Patterson
Allison H. Goddard
**PATTERSON LAW GROUP, APC**

s/Allison H. Goddard
Allison H. Goddard
*Attorneys for Plaintiff Eyad O. Akel*

Gene J. Stonebarger
Richard D. Lambert
Elaine W. Yan
**STONEBARGER LAW, APC**

s/Gene J. Stonebarger
Gene J. Stonebarger
*Attorneys for Plaintiff Sylvia Anderson*

Dated: September 4, 2012

Daniel F. Katz (pro hac vice)
Luba Shur (pro hac vice)
Julianne C. Johnston (pro hac vice)
**WILLIAMS & CONNOLLY LLP**

- and -

Catherine M. Valerio Barrad
**SIDLEY AUSTIN LLP**

s/   Luba Shur
Luba Shur
*Attorneys for Defendant Office Depot, Inc.*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all parties via CM/ECF on September 4, 2012.

/s/ Allison H. Goddard